IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00255-RBJ | Date: | January 8, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Nicole Peterson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Mark J. Barrett* |
| v. | |
| 3. SAMANTHA RAE POWELL<br>**Defendant(s)** | *David L. Owen, Jr.* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     **8:31 a.m.**

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered her plea on September 24, 2013, to Count Fourteen of the Indictment.

**ORDERED:**  Objection to the Presentence report is DENIED in part and found MOOT in part.

   [173] Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 is GRANTED.

[174] Government's Motion to Dismiss Count Thirteen of the Indictment is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **6 months**.

Court RECOMMENDS that defendant receive credit for time spent in state custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in the state of Colorado.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of 3 years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

  (**X**)  The defendant shall participate in a life skills/cognitive thinking program, as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  8:59 a.m.  Hearing concluded.  Total time:   00:28